NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WINVIEW IP HOLDINGS LLC,**
*Appellant*

**v.**

**DRAFTKINGS INC.,**
*Appellee*

---

2024-1653

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01351.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    WINVIEW IP HOLDINGS LLC V. DRAFTKINGS INC.

(2)  Each side shall bear their own costs.


FOR THE COURT


June 28, 2024                              Jarrett B. Perlow
      Date                                 Clerk of Court


**ISSUED AS A MANDATE:** June 28, 2024